IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JERRY TURENTINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cv-1753 |
| | ) | |
| AMERICAN GLOBAL MANAGEMENT, | ) | |
| LLC, and HENRY MAYE II, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Jerry Turentine, for his Complaint against Defendants, American Global Management, LLC ("AGM") and Henry Maye II, states the following:

### I. Parties

1.     Plaintiff is a resident of Maion County, Indiana.

2.     Defendant, American Global Management, LLC, is a business located in Hendricks County.

### II. Jurisdiction and Venue

3.     This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States.  Specifically, Plaintiff brings this action to enforce his rights under the FLSA.

4.     This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

5.     Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue Defendant doing business in this District.

Page 1 of 5

### III.  Factual Allegations

6.      Plaintiff began working for Defendant on January 28, 2019.

7.      Plaintiff was an hourly employee of Defendant.

8.      Defendant paid Plaintiff on a bi-weekly basis.

9.      Defendant agreed to pay Plaintiff $10.50 per hour.

10.     Plaintiff worked 31 hours between January 28, 2019 and January 31, 2019.

11.     Plaintiff worked 41.5 hours between February 1, 2019 and February 7, 2019.

12.     Defendants' workweek went from Friday to the following Thursday.

13.     Defendants never paid Plaintiff for these hours.

14.     Defendants failed to pay Plaintiff 71 hours at minimum wage.

15.     Defendants failed to pay Plaintiff 71 hours at his agreed upon hourly rate.

16.     Defendants failed to pay Plaintiff 1.5 hours of overtime wages.

17.     Defendants did not have a good faith basis for failing to pay Plaintiff these hour

worked and wages owed.

18.     Defendant willfully failed to pay Plaintiff his minimum and overtime wages.

19.     Plaintiff quit his employment with Defendant.

### III.     Cause of Action

**Count I**
**Failure to Pay Minimum & Overtime Wages**
**Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.***

20.     Plaintiff incorporates paragraphs 1 through 19 by reference herein.

21.     Plaintiff was an employee of Defendants pursuant to the FLSA.

22.     Plaintiff's work for Defendants involved interstate commerce.

23.     Defendant, AGM, is an employer pursuant to the FLSA.

24.     AGM had gross revenues of at least $500,000.00 for the 2018 calendar year.

25.     Defendant, Mr. Maye, is an employer pursuant to the FLSA.

26.     Mr. Maye was the owner of AGM at all times relevant to this lawsuit.

27.     Mr. Maye managed AGM at all times relevant to this lawsuit.

28.     Mr. Maye decided how much Plaintiff would be paid during his tenure.

29.     Mr. Maye decided whether Plaintiff would be paid for his work.

30.     Mr. Maye decided whether Plaintiff would be paid at least minimum wages for the hours that he worked.

31.     Mr. Maye decided whether Plaintiff would be paid overtime wages for the overtime hours that he worked.

32.     Defendants' violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

**Count II**
**Indiana's Minimum Wage Statute**
**Alternative Claim**

33.     Plaintiff incorporates paragraphs 1 through 32 by reference herein.

34.     Plaintiff was an employee of Defendant pursuant to Indiana's Minimum Wage Statute.

35.     Defendant is an employer pursuant to Indiana's Minimum Wage Statute.

36.     Defendant failed to properly pay at least minimum wages for all hours worked by Plaintiff during the course of his employment with Defendant.

37.     Defendant failed to pay overtime wages for all overtime hours worked by Plaintiff during the course of his employment with Defendant.

38.     Defendant's violations of Indiana's Minimum Wage Statute have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## Count III
## Wage Payment Statute, I.C. §22-2-5 *et. seq.*

39.     Plaintiff incorporates paragraphs 1 through 38 by reference herein.

40.     Defendant is an employer pursuant to the Wage Payment Statute.

41.     Plaintiff was an employee of Defendant.

42.     Defendant failed to pay Plaintiff his wages due and owing in a timely fashion.

43.     Defendant failed to pay Plaintiff his wages due and owing in the correct amount.

44.     Plaintiff has been damaged by Defendant's violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

## IV.     Jury Demand

45.     Plaintiff incorporates paragraphs 1 through 44 by reference herein.

46.     Plaintiff demands a trial by jury.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49
Counsel for Plaintiff,
Jerry Turentine

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@weldylegal.com